# Jackson v. McVay.

Appeal from Lawrence Chancery Court.

Heard before the Hon. Thomas Cobbs.

ALMON & BULLOCK, for appellant.

KIRK & ALMON, *contra.*

Bill by appellee to enjoin defendants from selling certain real estate. There was a decree in favor of complainant. Decree affirmed.
Opinion by McCLELLAN, J.